**Order entered July 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00954-CV

### IN THE MATTER OF THE MARRIAGE OF LORIE RUTH BAKER AND GREGORY JOSEPH FINSTER

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-13669**

## ORDER

By order dated July 2, 2019, the Court ordered appellant to file a single paper copy of his brief due to his inability to comply with technical requirements. Appellant complied. Despite our July 2nd order, this Court sent appellant a postcard notice requesting that he file a corrected brief that complies with the technical requirements. Appellant shall disregard this notice and his brief is duly filed as of the date of this order.

Before the Court is appellee's July 15, 2019 motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **August 19, 2019**.

/s/    ERIN A. NOWELL
        JUSTICE